APPEAL No. 79-101. LUCY P. MURPHY *et al. v.* JAMES L. O'NEILL *et al.* The defendants' motion for special assignment is denied. The plaintiffs' motion to dismiss this appeal is granted. *Nugent & Nugent, J. Joseph Nugent, Jr., Alfred J. Gemma,* for plaintiffs-respondents. *James L. O'Neill,* pro se, for defendants-petitioners.

May 18, 1979.

M. P. No. 78-461. MICHAEL KRACZKOWSKI *v.* BOARD OF PUBLIC SAFETY OF THE CITY OF WARWICK. This case is remanded to the Superior Court in order that said court may in its discretion amend its decision. Thereafter, the papers herein shall be returned to this court forthwith. *John D. Lynch,* for plaintiff-respondent. *William J. Toohey,* City Solicitor, *Frank J. Cenerini,* Assistant City Solicitor, for defendant-petitioner.

APPEAL No. 79-90. MARTIN MALINOU, *Public Administrator v.* LEONARD A. KIERNAN, JR., *Administrator d.b.n.* The motion of the defendant, Leonard A. Kiernan, to dismiss five appeals, docketed in the office of the Clerk of the Superior Court for Providence County as probate appeals Nos. 4141, 4142, 4143, 4144, and 4145, for failure to pay the filing fees required by Sup. Ct. R. 5 is granted, provided, however, that if the plaintiff shall pay said fees by May 31, 1979, those appeals shall thereupon be automatically reinstated. *Martin Malinou,* pro se, plaintiff. *Bernard W. Boyer,* for defendant.